# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RADHIKA POCHAMPALLY, | Case No. 2:17-cv-02895-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO FILE ELECTRONICALLY |
| JANE C. ETTINGER BOOTH, et al., | (Docket No. 5) |
| Defendants. | |

Pending before the Court is *pro se* plaintiff Radhika Pochampally's motion for *pro se* litigant to file electronically, Docket No. 5, which the Court hereby **GRANTS**. Plaintiff must comply with the following procedures in order to activate her CM/ECF account:

1. On or before **December 29, 2017**, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . . .

. . . .

3. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED this  29th   day of November, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge