Radhika Pochampally
9811 W. Charleston Dr
Suite 2
Las Vegas, NV – 89117
Telephone: 504 9757685
Facsimile: 504.910.9837
Email:rp07tonow@gmail.com
Plaintiff In Pro Per

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RADHIKA POCHAMPALLY, an individual | CASE NO.: **2:17-cv-02895-JCM-NJK** |
| Plaintiff, | |
| vs. | |
| JANE C. ETTINGER BOOTH, an individual, | **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND/OR MOTION TO TRANSFER VENUE; ORDER (SECOND REQUEST)** |
| And | |
| BOOTH & BOOTH, APLC, and DOES 1 through 50 inclusive, | |
| Defendants. | |

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that Plaintiff, RADHIKA POCHAMPALLY may have additional time within which to respond to Defendant's Motion to Dismiss and/or Motion to Transfer Venue (Dkts 10,12 and 13). Therefore, the last day for Plaintiff to respond to Defendant's Motion to Dismiss and/or Motion to Transfer Venue is Wednesday, January 24th 2018.

Good cause exists for this extension as Plaintiff in Pro Per has a family emergency to tend to and had be travel out of the State unexpectedly. This document is being electronically filed through the Court's ECF System. In this regard, Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: January 9th 2018                Respectfully submitted,

*[signature: Radhika Pochampally]*

**RADHIKA POCHAMPALLY**

By */s/ Radhika Pochampally*

**Plaintiff in Pro Se**

DATED: January 9th 2018                **Lipson Neilson Cole Seltzer, Garin, P.C.**

By: */s/ Kaleb D. Anderson, Esq.*
KALEB D. ANDERSON
Attorneys for Defendants
JANE C. ETTINGER BOOTH
And BOOTH and BOOTH APLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RADHIKA POCHAMPALLY,<br>an individual<br><br>Plaintiff,<br><br>vs.<br><br>JANE C. ETTINGER BOOTH,<br>an individual,<br><br>And<br><br>BOOTH & BOOTH, APLC,<br>and DOES 1 through 50 inclusive,<br><br>Defendants. | Case Number: 2:17-cv-02895<br><br>JUDGE: JCM-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND OR MOTION TO TRANSFER VENUE (SECOND REQUEST)** |

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.** Plaintiff should respond to Defendant's Motion To Dismiss and/or Motion to Transfer Venue (Dkts 10,12 and 13) on or before Wednesday, January 24th, 2018.

DATED: January 12, 2018

_____
UNITED STATES DISTRICT COURT