# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RADHIKA POCHAMPALLY, | Case No. 2:17-cv-02895-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| JANE C. ETTINGER BOOTH, et al., | (Docket No. 22) |
| Defendant(s). | |

Pending before the Court is a joint status report seeking a stay of discovery. Docket No. 22. The standards applicable to such a request are outlined at *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1] The parties shall file a stipulation addressing those standards by February 16, 2018.

IT IS SO ORDERED.

DATED: February 9, 2018

NANCY J. KOPPE
United States Magistrate Judge

---

[1] The case cited by the parties discusses the requirements for a stay imposed pending the resolution of related arbitration proceedings, not a stay of discovery pending resolution of a motion to dismiss.